UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MICHAEL SIMPSON,

                         Plaintiff,

       -v-                                 No. 9:15-CV-0180
                                           (DNH/CFH)
LT. MICHAEL OVERBAUGH, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

SUSSMAN & WATKINS                   MICHAEL A. DEEM, ESQ.
Attorney for Plaintiff
145 Main Street, 2nd Floor
Ossining, NY 10562

HON. ERIC T. SCHNEIDERMAN        RYAN W. HICKEY, ESQ.
Attorney General of the State of New York    Assistant Attorney General
Attorney for State Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Michael Simpson brought this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1985(3). On September 28, 2015, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' partial motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 38) be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that:

1. Defendants' partial motion to dismiss (ECF No. 38) is **GRANTED** in its entirety[1];

2. All claims against defendants Annucci, Smith and Colvin are **DISMISSED**;

3. Plaintiff's due process claims against defendants Overbaugh and Oliver are **DISMISSED**;

4. Plaintiff's conspiracy claim is **DISMISSED**;

5. Plaintiff's failure-to-intervene claims against defendants S. Owens, W. Owens, Nichols, Cuda and Klein are **DISMISSED**;

6. Plaintiff's claims of verbal harassment against S. Owens, W. Owens, Cuda, Catina and unnamed or John Doe corrections officers are **DISMISSED**; and it is further ordered that

7. The Clerk is directed to serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 23, 2015
       Utica, New York

---

[1]The following claims remain: (i) the First Cause of Action (Excessive Force) against defendants Overbaugh, Catina, Nichols, W. Owens and John Does 1-25 and (ii) the Second Cause of Action (Failure to Intervene) against defendants Overbaugh, Catina, Oliver, Jane Doe, and John Does 1-25.