# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

Michael Simpson,
                Plaintiff,

v.                                                       9:15-CV-180 DNH

Lt. Michael Overbaugh, Sgt. Raymond Catina,
C. O. William Owens,
                Defendants.

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdict rendered in open Court on June 9, 2021 before the Honorable David N. Hurd, all claims against defendants Lt. Michael Overbaugh, Sgt. Raymond Catina, C. O. William Owensare hereby dismissed and judgment is entered in favor of defendants Lt. Michael Overbaugh, Sgt. Raymond Catina, C. O. William Owens and as against Plaintiff Michael Simpson.

Date: June 10, 2021

_____
Clerk of Court

Entered: 6/10/2021                 /S/_____
                                                        Phillip T. McBrearty
                                                          Deputy Clerk